FILED
CLERK, U.S. DISTRICT COURT

June 1, 2016

CENTRAL DISTRICT OF CALIFORNIA
BY: ___VPC___ DEPUTY

JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEWZENGLAND CONSTRUCTION, INC., a California Corporation,<br><br>Plaintiff,<br><br>v.<br><br>COLONY INSURANCE COMPANY, COLONY SPECIALTY INSURANCE COMPANY, and DOES 1 through 50, Inclusive,<br><br>Defendants. | Case No. 2:16-cv-02910-SJO-AGRx<br><br>[Assigned to Hon. S. James Otero]<br><br>[~~PROPOSED~~] ORDER ON MOTIONS TO REMAND AND TO DISMISS COMPLAINT |

The parties hereto, Plaintiff Newzengland Construction, Inc. ("Plaintiff") and Defendants Colony Insurance Company ("Colony") and Colony Specialty Insurance Company ("Colony Specialty") (collectively, "Defendants") HAVE submitted a Stipulation by and through their respective counsel of record to resolve Plaintiff's motion for remand of this action to the California Superior Court for the County of Los Angeles, set for hearing on June 27, 2016, and of Defendants' motion to dismiss the Complaint, set for hearing in this Court on June 13, 2016.

Defendants filed a Notice of Removal of Plaintiff's Complaint in an action initiated in Los Angeles County Superior Court, entitled *Newzengland Construction, Inc., a California Corporation, v. Colony Insurance Company,*

*Colony Specialty Insurance Company, and DOES 1 through 50, Inclusive,* Case number LC104011, alleging causes of action based on theories of breach of contract, breach of the implied covenant of good faith and fair dealing, and unfair business practices pursuant to California Business & Professions Code §17200 and seeking attorney's fees and punitive damages on April 27, 2016 and filed a Supplement to Notice of Removal on May 16, 2016, setting forth facts which Defendants contended establish that the amount in controversy in this matter is in excess of $75,000.

   Defendants filed a motion to dismiss the complaint pursuant to F. R. Civ. P. 12(b)(6) in this Court for failure to state a claim upon which relief may be granted, set for hearing on June 13, 2016. Plaintiff filed an opposition to the motion to dismiss on May 23, 2016 and Defendants filed a reply memorandum on May 27, 2016.

   Plaintiff filed a motion to remand this action to Los Angeles County Superior Court on May 26, 2016, set for hearing in this Court on June 27, 2016, and the Declaration of plaintiff's counsel in support of the motion stated that if Defendants were willing to stipulate to the remand of this action Plaintiff would stipulate that it would limit its damages claim in California state court, including but not limited to any claim for attorney's fees and punitive damages, to $75,000.

   Plaintiff has stipulated that the amount in controversy is no more than $75,000 and that if this action is remanded to California State Court, Plaintiff agrees that its recovery is limited to $75,000.

   Good cause having been shown,

   1. This action is remanded to Los Angeles County Superior Court;

   2. The motion of Defendants to dismiss the complaint, set for hearing on June 13, 2016, is taken off calendar;

   4. The motion of Plaintiff to remand this action, set for hearing on June 27, 2016, is taken off calendar; and

5. Each of the Parties shall bear its own costs and attorney's fees in connection with the motion to dismiss and the motion for remand.

IT IS SO ORDERED.

DATED: June 1, 2016.

*S. James Otero*
JUDGE OF THE UNITED STATES DISTRICT COURT